UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GESNER JEROME, MOISE DELICE,
JOSEPH JULNER IIONORE, UDOVIC
JEAN-FRANCOISE, JEAN RICHARD
LOUISE, MARC D. RAPHAEL, and
SENOPHA CHOUTE,

    Plaintiffs,

v.                                          Case No:  2:012-cv-610-UA-DNF

THE HERTZ CORPORATION, a
Delaware Corporation, d/b/a Advantage
Rent A Car; HERTZ GLOBAL
HOLDINGS, INC., a Delaware
Corporation, d/b/a Advantage Rent A
Car; HERTZ GLOBAL SERVICES
CORPORATION, a Delaware
Corporation, d/b/a/ Advantage Rent A
Car; and SIMPLY WHEELZ, LLC, a
Delaware Corporation, d/b/a Advantage
Rent A Car,   ALL ALLIANCE USA, Inc.,
a Florida Profit Corporation, TERRY
GIBSON, an Individual, and SONIA
MELENDEZ, an Individual,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court on the Stipulation for Dismissal of Parties with prejudice of Plaintiff Jean Richard Louis and Defendant Sonia Melendez (Doc. #36), filed on May 29, 2013.  All parties who have appeared in the action have signed the stipulation pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.[1]

    Accordingly, it is now

---

[1] Defendant All Alliance USA has not been served and is not a party to this stipulation.

**ORDERED:**

Plaintiff Jean Richard Louis and Defendant Sonia Melendez are dismissed from this case **with prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record