UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GESNER JEROME, MOISE DELICE,
JOSEPH JULNER HONORE, UDOVIC
JEAN-FRANCOISE, MARC D.
RAPHAEL and SENOPHA CHOUTE,

    Plaintiffs,

v.        Case No: 2:12-cv-610-FtM-38DNF

THE HERTZ CORPORATION,
HERTZ GLOBAL HOLDINGS, INC.,
HERTZ GLOBAL SERVICES
CORPORATION, SIMPLY WHEELZ,
LLC, ALL ALLIANCE USA, INC and
TERRY GIBSON,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Motion to Delete and Re-File Exhibit Six from Defendants' Response to Plaintiffs' Motion for Leave to File Amended Complaint (Doc. #56) filed on October 15, 2013. Defendants inadvertently filed one of the Plaintiff's date of births in an exhibit to a motion. Now Defendants wish to have said exhibit deleted and replaced with a redacted version. Plaintiffs do not oppose the motion.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

(1) Motion to Delete and Re-File Exhibit Six from Defendants' Response to Plaintiffs' Motion for Leave to File Amended Complaint (Doc. #56) is **GRANTED**.

(2) The Clerk is directed to delete Exhibit 6 of Defendants' Response to Plaintiffs' Motion for Leave to File Amended Complaint (Doc. #49-6).

(3) Defendants may file a Notice of Filing Exhibit in support of their Response to Plaintiffs' Motion for Leave to File Amended Complaint along with the redacted exhibit no later than October 18, 2013.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of October, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record