UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GESNER JEROME, MOISE DELICE,
JOSEPH JULNER HONORE, UDOVIC
JEAN-FRANCOISE, MARC D.
RAPHAEL and SENOPHA CHOUTE,

    Plaintiffs,

v.                                         Case No: 2:12-cv-610-FtM-38DNF

THE HERTZ CORPORATION,
HERTZ GLOBAL HOLDINGS, INC.,
HERTZ GLOBAL SERVICES
CORPORATION, SIMPLY WHEELZ,
LLC, ALL ALLIANCE USA, INC and
TERRY GIBSON,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Defendants' Motion to Dismiss Count II of Plaintiffs' Amended Complaint and Memorandum of Law (Doc. #54) filed on October 4, 2013. Plaintiffs have filed a response conceding to Defendants' motion. (Doc. #59). Accordingly, Defendants' motion is due to be granted. In addition, Plaintiffs move to file another amended complaint within their response. (Doc. #59). This latter motion does not comply with Local Rule 3.01(g) and thereby is due to be denied.

    Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**ORDERED:**

Defendants' Motion to Dismiss Count II of Plaintiffs' Amended Complaint and Memorandum of Law (Doc. #54) is **GRANTED**. Plaintiffs' Motion for Leave to File Second Amended Complaint is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of October, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record