UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GESNER JEROME, MOISE DELICE,
JOSEPH JULNER HONORE, UDOVIC
JEAN-FRANCOISE, MARC D.
RAPHAEL and SENOPHA CHOUTE,

       Plaintiffs,

v.                                        Case No:  2:12-cv-610-FtM-38DNF

THE HERTZ CORPORATION,
HERTZ GLOBAL HOLDINGS, INC.,
HERTZ GLOBAL SERVICES
CORPORATION, SIMPLY WHEELZ,
LLC, ALL ALLIANCE USA, INC and
TERRY GIBSON,

       Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Defendants' Suggestion of Bankruptcy (Doc. #66) filed on November 20, 2013. Defendants informed the Court that on November 5, 2013, Defendant Simply Wheelz LLC d/b/a Advantage Rent A Car filed a Chapter 11 Bankruptcy petition in the United States Bankruptcy Court for the Southern District of Mississippi. Defendants acknowledge an automatic stay "may" be in effect in this matter pursuant to 11 U.S.C. § 362. Nonetheless, Defendants admit they "are uncertain as to

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

how to proceed with this matter from this point forward given the allegations of the existence of an alter ego relationship in the Second Amended Complaint."2 ([Doc. #66](Doc. #66)).

In light of the Defendants' uncertainty, the Court will grant the Parties ample time to research this matter and thereafter brief the Court as to their specific positions pursuant to authoritative case law. The Court is particularly interested in the Parties briefing their positions as to whether an automatic stay in this case is required and if so what the scope of the automatic stay should be.

Accordingly, it is now

**ORDERED:**

Defendants shall file a brief in accordance with the above no later than **Monday, December 2, 2013**. If there is opposition, then Plaintiffs shall file a reply brief no later than **Thursday, December 12, 2013**.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of November, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[2] The Second Amended Complaint alleges there is an alter-ego relationship between Defendant The Hertz Corporation, Defendant Hertz Global Holdings, Inc., Defendant Hertz Global Services Corporation, and Defendant Simply Wheelz, LLC. ([Doc. #64](Doc. #64)).