UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GESNER JEROME, MOISE DELICE,
JOSEPH JULNER HONORE, UDOVIC
JEAN-FRANCOISE, MARC D.
RAPHAEL and SENOPHA CHOUTE,

    Plaintiffs,

v.                                   Case No: 2:12-cv-610-FtM-38DNF

THE HERTZ CORPORATION,
HERTZ GLOBAL HOLDINGS, INC.,
SIMPLY WHEELZ, LLC, ALL
ALLIANCE USA, INC and TERRY
GIBSON,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Stipulation for Dismissal with Prejudice as to the Defendant, All Alliance USA, Inc. (Doc. #76) filed on December 16, 2013. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, all Parties who have appeared in this matter have signed a stipulation of dismissal with prejudice with regard to Defendant All Alliance USA, Inc. only. In addition, Defendant All Alliance USA, Inc. was never served with a summons and complaint and Defendant All Alliance USA, Inc. has not filed an answer or a motion for summary judgment in this matter. Moreover, the Parties stipulate that each party shall bear its own attorneys' fees and cost incurred in this action with respect to this dismissal.

Accordingly, it is now

**ORDERED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) this action is **DISMISSED with prejudice** with regard to Defendant All Alliance USA, Inc. The Clerk is directed to terminate Defendant All Alliance USA, Inc. from this action.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of December, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record