UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GESNER JEROME, MOISE DELICE,
JOSEPH JULNER HONORE, UDOVIC
JEAN-FRANCOISE, MARC D.
RAPHAEL and SENOPHA CHOUTE,

    Plaintiffs,

v.                                          Case No:   2:12-cv-610-FtM-38DNF

THE HERTZ CORPORATION,
SIMPLY WHEELZ, LLC and TERRY
GIBSON,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Joint Stipulation and Motion for Dismissal with Prejudice (Doc. #106) filed on April 23, 2014. The Parties move for the dismissal with prejudice of this action as to all parties and all claims, with each party to bear his, her, or its own attorney's fees and costs. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court finds this motion is due to be granted and this matter is due to be dismissed.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

1. Joint Stipulation and Motion for Dismissal with Prejudice ([Doc. #106](Doc. #106)) is **GRANTED**.

2. This cause is **DISMISSED with prejudice**.

3. The Clerk of Court is directed to **CLOSE** the case, terminate any pending motions and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of April, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record